IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MICHAEL DEWAYNE ANDERSON, :
AIS 156270,
:
    Petitioner,
:
vs.     CA 14-0046-KD-C
:
WILLIE THOMAS,
:
    Respondent.

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 7, 2014 is ADOPTED as the opinion of this Court.

It is ORDERED that this habeas petition be DISMISSED without prejudice due to Petitioner's failure to comply with 28 U.S.C. § 2244(b)(3)(A). It is further ORDERED that Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 10th day of March 2014.

                                              s/ Kristi K. DuBose
                                              KRISTI K. DuBOSE
                                              UNITED STATES DISTRICT JUDGE